IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| CHRISTAL FULLER, as Administrator of the Estate of CHRISTOPHER WARD; and ANTIMEASE MCARTHUR, Individually and as a Surviving Parent of CHRISTOPHER WARD and on behalf of all wrongful death beneficiaries of CHRISTOPHER WARD, | * | |
| Plaintiffs, | * | CV 624-057 |
| v. | * | |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al., | * | |
| Defendants. | * | |

# ORDER

Before the Court is the Parties' joint stipulation of dismissal. (Doc. 70.) All Parties signed the stipulation, so the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of November, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA